# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANTHONY DELCAVO, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-2137-TC-ADM |
| v. | ) ) ) | |
| TOUR RESOURCE CONSULTANTS LLC, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

Plaintiff hereby propounds on Defendant Tour Resource Consultants LLC the following Interrogatories under Rule 33 of the Federal Rules of Civil Procedure:

## DEFINITIONS AND INSTRUCTIONS

1. The term "Defendant," "Tour Resource," "You," or "Your" refer to Tour Resource Consultants LLC and all its divisions, as well as its successors, predecessors, current or former officers, directors, members, assigns, agents, attorneys, subsidiaries, employees, contractors, representatives, or any other person acting or purporting to act on its behalf.

2. "Person" means an individual, corporation, partnership, limited partnership, limited liability company or partnership, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity, and their respective spouses, heirs, predecessors, successors, representatives, and assignees.

3. Whenever identification of a person is required, the following shall be separately stated with precision as to each person:

1

   a. the name and last known business address or location and phone number of each person; and

   b. if such person is an individual, additionally state:

    i. the business position or positions held by that individual at the time or times for which such identification is requested; and

    ii. such person's last known residence address and telephone number;

   c. if such person is not an individual, but rather an entity or organization, additionally identify the individual(s) employed by or representing such entity or organization who has knowledge of the matter at issue.

  4. Where identification or a description of a document or information is required, the following shall be separately stated with precision:

   a. date, exact title, and the nature and substance of the document or information with sufficient particularity to enable it to be identified and located within any production;

   b. name of the author, his or her business affiliation (presently and at the time the document or information was prepared), and his or her last known address and telephone number;

   c. name, business affiliation (both presently and at the time the document or information was prepared) and the last known address of the addressee;

   d. name, business affiliation (both presently and at the time the document or information was prepared) and the last known address of every person to whom a copy of the document or information was to be sent, other than the addressee described above;

   e. the names and addresses of all persons who now possess either the original or any copy of the document or information;

    f. the identification and location of the files where the original and each copy of the document or information are normally or presently kept; and

    g. if such document or information is no longer in existence, state:

        i. the circumstances surrounding its destruction or discarding;

        ii. the date and reasons for such destruction or discarding; and

        iii. the identity of the person(s) who ordered and supervised the destruction or discarding.

5. If you answer any interrogatory by reference to business records identify such records by Bates number and the name of your employee certifying the documents as business records for purposes of answering the interrogatory.

## **INTERROGATORIES**

1. Identify the persons who provided information to answer any of the following interrogatories, their titles, and the questions they provided information for.

   **ANSWER:**

2. Identify each trip that was planned or facilitated by Tour Resource that was scheduled to occur between January 2020 until the present but was eventually cancelled and the cost of said trip.

   **ANSWER:**

3. Identify and provide contact information for all persons who had placed deposits to attend a trip that was planned or facilitated by Tour Resource that was scheduled to occur between January 2020 until the present but was eventually cancelled and the amount of said deposit.

**ANSWER:**

4. Identify each person that has received a refund or compensation associated with the cancellation of a trip that was planned or facilitated by Tour Resource that was scheduled to occur between January 2020 until the present but was eventually cancelled and for each refund issued, please identify the amount that was refunded and the reason that refund was issued.

**ANSWER:**

5. Identify each person that requested a refund or compensation associated with the cancellation of a trip that was planned or facilitated by Tour Resource that was scheduled to occur between January 2020 until the present but was eventually cancelled and for each person who requested such a refund please identify whether that request was granted in full, whether the request was granted in part, how much was refunded, or, if no refund was issued, whether the request was denied and the reason such request was denied.

**ANSWER:**

6. For each trip planned or facilitated by Tour Resource that was scheduled to occur but was cancelled from January 2020 to the present, describe the timeline by which documents or communications were to be distributed to prospective travelers or customers of Tour Resource that had placed a deposit with Tour Resource regarding important information concerning those travelers' trips and identify those documents that were sent to those travelers.

**ANSWER:**

7. Identify the person who communicated, on behalf of Tour Resource, to vendors, hotels, restaurants, entertainment venues, or other parties that were engaged to provide services to prospective travelers or customers of Tour Resource that Tour Resource no longer scheduled to proceed with trips scheduled to occur between January 2020 until the present.

**ANSWER:**

8. Identify each policy or term in an agreement that you believe would have any affect or control over whether deposits were refunded to a prospective traveler or prospective customer associated with a trip that was planned or facilitated by Tour Resource that was scheduled to occur between January 2020 until the present and identify the documents that these policy or terms could be found in.

**ANSWER:**

9. Provide an accounting and/or identify all profits, losses, refunds and expenditures experienced or incurred by Tour Resource as a result of cancellations of trips planned or facilitated by Tour Resource that were scheduled to occur between January 1, 2020 until the present but was eventually cancelled and identify the documents that you believe reflect these losses.

**ANSWER:**

10. If you alleged that anyone else is responsible for the claims asserted against Defendant in this case, identify the person or company you allege is responsible and describe the factual basis for your allegation.

**ANSWER:**

11. Identify with specificity the significant time and resources Defendant undertook to get the alleged false report by Plaintiff taken down by the BBB.

**ANSWER:**

12. Identify all amounts retained by Defendant for trips that ended up being subsequently cancelled or postponed from January 1, 2020 until today.

**ANSWER:**

13. Identify all customers and/or human beings that paid Defendant any amount and had a trip that ended up being subsequently cancelled or postponed from January 1, 2020 until today.

**ANSWER:**

14. Identify all payments and/or amounts expended by Defendant for trips that ended up being subsequently cancelled or postponed from January 1, 2020 until today that Defendant has yet to obtain a refund for.

**ANSWER:**

Dated: September 22, 2021                                  Respectfully submitted,

|  | MCINNES LAW LLC<br>By: /s/ Jack McInnes<br>Jack D. McInnes (MO #56904)<br>1900 West 75th Street, Suite 220<br>Prairie Village, Kansas 66208<br>Telephone: (913) 220-2488<br>Facsimile: (913) 347-7333<br>jack@mcinnes-law.com<br><br>A. Scott Waddell (MO #53900)<br>WADDELL LAW FIRM LLC<br>1900 West 75th Street, Suite 220<br>Prairie Village, Kansas 66208<br>Telephone: (816) 914-5365<br>Facsimile: (913) 347-7333<br>scott@aswlawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this October 14, 2021, a true and correct copy of the foregoing document was emailed to counsel for Defendant.

By: /s/ A. Scott Waddell