EXHIBIT 5



**Jack McInnes** 5:42 PM

Check your email ; it's Jack have a quick request



**Hugo Pierre** 5:51 PM

Hey Jack, I am not in front of my computer right now. When is your deadline on the motion? I am open all day Friday for a call.



**Jack McInnes** 5:53 PM

Today is deadline to file motion to compel; Fri works great; don't want to have to brief if we don't have to, just need 2 weeks maybe less for us to work out or raise with judge



**Hugo Pierre** 5:54 PM

Sounds good, two weeks is no problem



**Jack McInnes** 5:55 PM

Thanks bud!