# Austin Jaspers

| | |
|---|---|
| **From:** | Jack McInnes |
| **Sent:** | Tuesday, January 4, 2022 12:26 PM |
| **To:** | Pierre, DJ; Lamer, Bryant |
| **Cc:** | McAndrews, Patrick; Austin Jaspers; Scott Waddell |
| **Subject:** | RE: [EXTERNAL] RE: Tour Resource - Request for Extension |
| **Importance:** | High |

Happy New Year to you too! I appreciate your willingness to discuss this issue on short notice. Like you, we only recently received a copy of the deposition transcript. We are not saying the witness refused to answer questions. When discussing the number of trips that were cancelled and the number of tourists on those cancelled trips, he referenced a spreadsheet that was produced to us for settlement purposes only. Given its relevance and his reliance on the document in his deposition testimony, will you waive that designation so that we can use it in our motion for class certification? In addition, there were several questions and answers in which the witness referred to being able to give more precise information about deposits, costs and expenses, and refunds per trip by accessing the information via QuickBooks. Are you willing to produce that information to us now? Please let us know as soon as possible. Thanks.

Jack McInnes

**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Pierre, DJ <djpierre@spencerfane.com>
**Sent:** Friday, December 31, 2021 6:25 PM
**To:** Jack McInnes <jack@mcinnes-law.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

Jack,

Happy New Year to you, Scott, and Austin as well! I could chat on Monday morning unless you want my 2 year old or infant moderating the discussion this weekend. There would be a lot of interruptions requesting Cocomelon videos, so I can't promise quality moderation. I know Patrick is in the same boat and Bryant is out of the country. We obviously have had over a month since the corporate representative deposition so this would be the best we could do on short notice.

As far as the corporate representative deposition goes, could you point to where in the deposition the representative was unwilling or unable to answer a question to which the corporation had any knowledge? I cannot recall one answer where that was the case.

The corporate representative answered all questions related to the deposition topics and even those outside the topics or where he received questions about his personal knowledge. At no point was he instructed not to provide an answer.

If you could point to those portions of the deposition where that unwillingness occurred that will help facilitate our discussion.

**DJ Pierre**  Attorney at Law
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8251
DJPierre@spencerfane.com | spencerfane.com

---

**From:** Jack McInnes <jack@mcinnes-law.com>
**Sent:** Friday, December 31, 2021 5:45 PM
**To:** Pierre, DJ <djpierre@spencerfane.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension
**Importance:** High

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Happy New Year, DJ. We disagree with your letter and intend to take this issue to the Court. In addition, there were several timed during Mr. Schulte's deposition that he was unable and/or unwilling to answer our questions. Do you or one of your colleagues have time for a meet/confer tomorrow, Sunday evening, or Monday morning to discuss? It should not take long but given that the close of class cert discovery is 1/4/22, we need to do this quickly and see if the Court would prefer to hear the parties informally first before filing our motion. Thanks!

Jack McInnes
**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Pierre, DJ <djpierre@spencerfane.com>
**Sent:** Tuesday, December 21, 2021 2:35 PM
**To:** Jack McInnes <jack@mcinnes-law.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

Jack,

Attached is Tour Resource's response to Mr. Delcavo's golden rule letter. Let me know if you would like to discuss further.

**DJ Pierre**  Attorney at Law
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8251
DJPierre@spencerfane.com | spencerfane.com

---

**From:** Jack McInnes <jack@mcinnes-law.com>
**Sent:** Friday, December 17, 2021 3:16 PM
**To:** Pierre, DJ <djpierre@spencerfane.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** Re: [EXTERNAL] RE: Tour Resource - Request for Extension

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

That's fine. I think this call will be even easier then. We can do high level until you respond, unless you're go line by line today.

Jack McInnes
MCINNES LAW LLC
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Pierre, DJ <djpierre@spencerfane.com>
**Sent:** Friday, December 17, 2021 3:07:21 PM
**To:** Jack McInnes <jack@mcinnes-law.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

Sounds good, just call me when you are ready. We will need some time to formally respond to your golden rule letter. However, we can at least have an initial discussion and then do a follow up next week after we submit our response.

**DJ Pierre**  Attorney at Law
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8251
DJPierre@spencerfane.com | spencerfane.com

---

**From:** Jack McInnes <jack@mcinnes-law.com>
**Sent:** Friday, December 17, 2021 2:44 PM
**To:** Pierre, DJ <djpierre@spencerfane.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** Re: [EXTERNAL] RE: Tour Resource - Request for Extension

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Let's stick with 330.

Jack McInnes
MCINNES LAW LLC
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Jack McInnes
**Sent:** Friday, December 17, 2021 2:17:12 PM
**To:** Pierre, DJ <djpierre@spencerfane.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

I'm actually free now, if you want to start earlier.

Jack McInnes
**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Jack McInnes
**Sent:** Friday, December 17, 2021 10:03 AM
**To:** Pierre, DJ <djpierre@spencerfane.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

330 would be great. And yes, we'll send a golden rule in advance so we have something to work from.

Jack McInnes
**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Pierre, DJ <djpierre@spencerfane.com>
**Sent:** Friday, December 17, 2021 10:02 AM
**To:** Jack McInnes <jack@mcinnes-law.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

Do you want to do 3:30 instead? Are you guys going to send over the golden rule letter ahead of the call?

**DJ Pierre**  Attorney at Law
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8251
DJPierre@spencerfane.com | spencerfane.com

---

**From:** Jack McInnes <jack@mcinnes-law.com>
**Sent:** Friday, December 17, 2021 9:50 AM
**To:** Pierre, DJ <djpierre@spencerfane.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Austin Jaspers <austin@mcinnes-law.com>; Scott Waddell <scott@aswlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

That works, although I have to change for my holiday party at some point. This should only take 30 minutes if we go through them quickly, especially based on your corporate rep's answers.

Jack McInnes
**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Pierre, DJ <djpierre@spencerfane.com>
**Sent:** Friday, December 17, 2021 9:25 AM
**To:** Jack McInnes <jack@mcinnes-law.com>; Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

How does 4 sound?

**DJ Pierre**  Attorney at Law
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8251
DJPierre@spencerfane.com | spencerfane.com

---

**From:** Jack McInnes <jack@mcinnes-law.com>
**Sent:** Thursday, December 16, 2021 9:25 PM
**To:** Lamer, Bryant <blamer@spencerfane.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Pierre, DJ <djpierre@spencerfane.com>
**Subject:** RE: [EXTERNAL] RE: Tour Resource - Request for Extension

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Will do next time, Bryant. What time are you, DJ, and/or Patrick available for a meet/confer tomorrow?

Jack McInnes

**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com

---

**From:** Lamer, Bryant <blamer@spencerfane.com>
**Sent:** Thursday, December 16, 2021 6:23 AM
**To:** Jack McInnes <jack@mcinnes-law.com>
**Cc:** McAndrews, Patrick <pmcandrews@spencerfane.com>; Pierre, DJ <djpierre@spencerfane.com>
**Subject:** Re: [EXTERNAL] RE: Tour Resource - Request for Extension

Jack, I was away from email yesterday afternoon. Looks like it was handled but please call my mobile if you can't reach me by email.

Bryant

Bryant Lamer
Partner
Spencer Fane LLP
816.292.8296 (d)
816.308.6426 (m)

www.spencerfane.com
www.spencerfane.com/Bryant-T-Lamer/

> On Dec 15, 2021, at 7:36 PM, Jack McInnes <jack@mcinnes-law.com> wrote:

> **[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**
>
> Never mind, guys. I got a hold of DJ, who said you do not oppose a two-week extension. Thanks, and have a good night.
>
> Jack McInnes
> **MCINNES LAW LLC**
> (913) 220-2488
> jack@mcinnes-law.com
>
> **From:** Jack McInnes <jack@mcinnes-law.com>
> **Sent:** Wednesday, December 15, 2021 5:23 PM
> **To:** Bryant Lamer <blamer@spencerfane.com>; Patrick McAndrews <pmcandrews@spencerfane.com>
> **Subject:** Fwd: Tour Resource - Request for Extension
>
> Bryant and/or Patrick, I haven't heard back from dj yet, but given the storms, am trying you now too.
>
> Jack McInnes
> **MCINNES LAW LLC**
> (913) 220-2488
> jack@mcinnes-law.com

------Forwarded message------
From: Jack McInnes <jack@mcinnes-law.com>
Date: Wed, Dec 15, 2021 at 5:10 PM
Subject: Tour Resource - Request for Extension
To: DJ Pierre <djpierre@spencerfane.com>


Dj, we're finalizing a golden rule letter that lays out our problems with your discovery responses, which, in general, relate to limiting your responses to Plaintiff and/or the Bach trip. I think we should be able to resolve these without Court intervention. That said, we need a 14-day extension of time to file a motion to compel, if we're unable to do so. Please confirm you do not oppose and let us know your availability this week for a short meet/confer. Thanks!

Jack McInnes
**MCINNES LAW LLC**
(913) 220-2488
jack@mcinnes-law.com