## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY DELCAVO, et al. ) | |
| ) | |
| Plaintiffs ) | Case No. 2:21-cv-02137 |
| ) | |
| v. ) | |
| ) | |
| TOUR RESOURCE ) | |
| CONSULTANTS, LLC. ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff/Counterclaim Defendant Anthony Delcavo, a member of the Rule 23 Settlement Class (collectively referred to as "Plaintiffs" or "Class Members"), and Defendant/Counterclaim Plaintiff Tour Resource Consultants, LLC, ("TRC") (collectively, "the Parties") by and through Class Counsel, respectfully move this Court for Final Approval of Class Action Settlement. The parties further tender and incorporate the contemporaneously filed Memorandum in Support of Motion for Final Approval of Class Action Settlement in support of this motion.

Respectfully submitted,

/s/ *Duvel Pierre*

SHAFFER, LOMBARDO, SHURIN, P.C.

Duvel Pierre,  KDC # 78967
2001 Wyandotte Street
Kansas City, MO 64108
816-931-0500
816-931-5775 Fax
djpierre@sls-law.com

SPENCER FANE LLP

Bryant Lamer,  KS # 22722
Patrick McAndrews  KS # 24721

        1000 Walnut, Suite 1400
        Kansas City, MO 64106
        (816) 474-8100
        (816) 474-3216 Fax
        blamer@spencerfane.com
        pmcandrews@spencerfane.com

        **ATTORNEYS FOR DEFENDANT**
        **TOUR RESOURCE CONSULTANTS, LLC.**

        MCINNES LAW LLC
        Jack D. McInnes (KS #21898)
        Austin O Jaspers (KS #28313)
        1900 West 75th Street, Suite 220
        Prairie Village, Kansas 66208
        Telephone: (913) 220-2488
        Facsimile: (913) 347-7333
        jack@mcinnes-law.com

        By: */s/ A. Scott Waddell*
        A. Scott Waddell (KS #20955)
        WADDELL LAW FIRM LLC
        1900 West 75th Street, Suite 220
        Prairie Village, Kansas 66208
        Telephone: (816) 914-5365
        Facsimile: (913) 347-7333
        scott@aswlawfirm.com

        **ATTORNEYS FOR PLAINTIFFS,**
        **ANTHONY DELCAVO, ET AL.**

## CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day of February, 2023, I filed a true and correct copy of the foregoing motion via CM/ECF, which electronically served all counsel of record.

        /s/ *A. Scott Waddell* (KS #20955)
        WADDELL LAW FIRM LLC